**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00366-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  NATHAN DWAINE JOHNSON,

    Defendant.

---

**MINUTE ORDER**[1]

---

    Due to a conflict arising on the court's calendar, the Revocation of Supervised Release hearing set for March 29, 2013, is **VACATED** and is **CONTINUED** to **April 2, 2013**, at 11:00 a.m. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: March 21, 2013

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.